97 F.2d 1023 (1938)
Howard O. WOOD, Jr., and Caryl H. Wood, Appellants,
v.
Almon G. RASQUIN, Collector of Internal Revenue, Appellee.
No. 299.
Circuit Court of Appeals, Second Circuit.
June 13, 1938.
Wood, Cooke & Seitz, of New York City (Howard O. Wood, Elliott W. Smith, and Stephen Callaghan, all of New York City, of counsel), for appellants.
Harold St. L. O'Dougherty, U. S. Atty., of Brooklyn, N. Y., and James W. Morris, Asst. U. S. Atty (Sewall Key and Donald J. Marran, Sp. Assts. to Atty. Gen., of counsel), for appellee.
Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.
PER CURIAM.
Judgment, 21 F.Supp. 211, affirmed.